RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for James Taylor

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>JAMES TAYLOR,<br><br>           Defendant. | Case No. 2:12-cr-00143-LDG-GWF<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jim Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for James Taylor, that the Status Conference currently scheduled on December 17, 2020 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 120 days.

This Stipulation is entered into for the following reasons:

1. On October 20, 2020, Mr. Taylor appeared via videoconference for his initial appearance on the petition seeking to revoke his supervised release. ECF No. 77. At the

hearing, the court continued Mr. Taylor on his modified conditions of supervision pending a status check, which is currently scheduled for December 17, 2020 at 4 p.m. *Id.*

2. Mr. Taylor has a pending unresolved state court case in connection with the alleged new law violations. The next court date for the pending state court matter is scheduled for March 10, 2021. A continuance is requested to allow Mr. Taylor to address the pending state court matter, which may have an impact on the pending petition before this court.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the Status Conference.

DATED this 14th day of December 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|    */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender |    */s/ Jim Fang*<br>By_____<br>JIM FANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00143-LDG-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES TAYLOR, | |
| Defendant. | |

IT IS ORDERED that the Status Conference currently scheduled for Thursday, December 17, 2020 at 4:00 p.m., be vacated and continued to April 22, 2021 at the hour of 11 : 00 a.m.

DATED this 15th day of December 2020.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE